```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                  Case No. 16-13862-mdc
Dawn L. George                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Mar 03, 2017
                              Form ID: pdf900           Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db             Dawn L. George,    6647 Haddington Ln,    Philadelphia, PA  19151-3025
cr            +Nationstar Mortgage, LLC,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
13854141      +Brian C. Nicholas Esquire,    KML Law Group P.C.,    c/o Wilmington Trust National Assoc.,
                701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13745105      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13736175       Nationstar Mortgage,    PO Box 619098,    Dallas, TX  75261-9098
13736176       Progressive Insurance Company,    The Progresssive Company,    6300 Wilmington Meeting Rd,
                Mayfield Village, OH  44143
13736177       Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT  84165-0250
13757330      +WILMINGTON TRUST, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                Dallas, TX 75261-9096
13736178       Wilmington Trust, NA as Successor Truste,    c/o Shapiro & DeNardo, LLC Attorneys at,
                3600 Horizon Dr,    King of Prussia, PA  19406-4702
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 04 2017 01:47:14      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2017 01:46:48
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2017 01:47:01     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2017 01:44:53
                Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13816045       E-mail/Text: bankruptcy@phila.gov Mar 04 2017 01:47:13      City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13736173       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 04 2017 01:44:50
                Capital One Auto Finance,    7933 Preston Rd,    Plano, TX  75024-2302
13739440      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2017 01:44:53
                Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                Arlington, TX 76006-1347
13763735      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2017 01:44:52
                Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                Arlington, TX 76006-1347
13736174       E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2017 01:44:21      JC Penney c/o Synchrony Bank,
                Attention: Bankruptcy Dep't,    PO Box 96506,    Orlando, FL  32896-5060
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Trust, National Association, et. al.
                bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Dawn L. George vbs00001@aol.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN L. GEORGE                     Chapter 13

                    Debtor          Bankruptcy No. 16-13862-MDC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

AND NOW, this ___2nd___ day of ___March___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                    _____
                    Magdeline D. Coleman
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-


Debtor:
DAWN L. GEORGE

6647 Haddington Ln

Philadelphia, PA  19151-3025